# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jennifer A. Plum, | Case No. 24-CV-04175 (JMB/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| Michael Segal, | |
| Respondent. | |

Jennifer A. Plum, self-represented.

Adam J. Hoskins and Ana H. Voss, United States Attorney's Office, Minneapolis, MN, for Respondent Michael Segal.

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois dated December 11, 2024. (Doc. No. 5.) The R&R recommends that petitioner Jennifer A. Plum's petition for a writ of habeas corpus be denied for lack of jurisdiction. (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.   The R&R (Doc. No. 5) is ADOPTED.

2.   The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 27, 2025                                         /s/ *Jeffrey M. Bryan*
                                                                Judge Jeffrey M. Bryan
                                                                United States District Court